■ 215 Avenue B. Holding Corp. v. Anna Michaelson, Doing Business as M. & W. Delicatessen.— Application granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Mary Viccica v. Mayflower Agency Co., Inc.— Application granted. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Samuel M. Gold v. Duford Studio Garage. Sandos Marcus, Doing Business as Duford Studio Garage v. Liberty Mutual Insurance Company. — Application denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ 829 Seventh Avenue Corp. v. Patrick Murphy.— Application denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Stanley G. Rolnick v. Del Monte Hotel Corp. et al.— Application denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Samuel Lemkin v. Alice Astor.— Application granted and the stay contained in the order to show cause, dated August 19, 1959, is continued pending the hearing and determination of said appeal on condition that the tenant-appellant continues to pay for use and occupancy of the premises at the rate of $54.36 monthly, on the first day of each and every month commencing October 1, 1959, and perfects her appeal for argument or submission at the November 1959 Term of this court. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of William H. Bryant against Stephen P. Kennedy. — Motion granted, with $10 costs, unless the appellant procures the record on review and appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said proceeding to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Estate of Harold A. Sanders, an Incompetent Person. Charles J. Sanders, as Committee; Veterans' Administration.— Motion denied in all respects, with leave to renew upon proper papers. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ The People of the State of New York v. Clifton Chamberlayne. — Motion granted and the appeal is permitted to be withdrawn. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ Lucile M. Ferguson, Individually, and as Receiver, v. 444 West 55th Street Corporation et al. Paul Wolfe v. Joseph B. Ferguson.— Motion to dismiss appeal denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of Carl R. Kahler against Thomas P. Murphy, as Police Commissioner.— Motion granted, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between Charles E. Gallagher, as President of Esso Tanker Men's Union and Esso Standard Oil Company.— Motion granted insofar as to permit the petitioner-appellant to dispense with printing the exhibits as outlined in the moving papers in the record on appeal, on condition that the originals thereof are filed with this court on the Wednesday preceding the day for which the appeal is noticed for argument. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.